UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
TRUSTEES OF THE AMALGAMATED
INDUSTRIAL and TOY & NOVELTY
WORKERS OF AMERICA, LOCAL 223 - SICK
BENEFIT FUND, PENSION FUND and LOCAL
223 HARRY O. DAMINO SCHOLARSHIP
FUND,

               Plaintiffs,
    -against-

SURPRISE PLASTICS, INC.,

               Defendant.
--------------------------------------------------------x

**MEMORANDUM AND ORDER**
Case No. 10-CV-3399 (FB) (VVP)

*Appearances:*
*For the Plaintiff:*
DANIELLE MARLENE CARNEY, ESQ.
Barnes, Iaccarino & Shepherd, LLP
3 Surrey Lane
Hempstead, New York 11550

**BLOCK, Senior District Judge:**

On September 2, 2011, Magistrate Judge Pohorelsky issued a Report and Recommendation ("R&R") recommending that the Court award default judgment against defendant in the total amount of $73,530.37, consisting of $51,941.26 in unpaid contributions, $8,206.56 in interest through August 31, 2011 plus $17.31 per day thereafter to the date of judgment, $10,388.25 in liquidated damages and $2,475 in attorney's fees and costs. *See* R&R at 9. The R&R also stated that defendants' failure to object within fourteen days of receiving the R&R would preclude appellate review. *See id.* According to the docket, plaintiff's attorney mailed a copy of the R&R to defendant on September 7, 2011.

1

To date, no objections have been filed.

If clear notice has been given of the consequences of failure to object, and there are no objections, the Court may adopt the R&R without *de novo* review. *See Mario v. P & C Food Mkts., Inc.*, 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision."). The Court will excuse the failure to object and conduct *de novo* review if it appears that the magistrate judge may have committed plain error, *see Spence v. Superintendent, Great Meadow Corr. Facility*, 219 F.3d 162, 174 (2d Cir. 2000); no such error appears here. Accordingly, the Court adopts the R&R without *de novo* review and directs the Clerk to enter judgment in accordance with the R&R.

**SO ORDERED.**

_____
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, NY
September 27, 2011